IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 12 C 4063 |
| v. ) | |
| ) | Judge Ronald Guzman |
| BOARD OF EDUCATION OF THE CITY OF ) | |
| CHICAGO, MARCEY SORENSEN, and ) | |
| CARMEN DIAZ, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

James L. Bebley
General Counsel

BY: _____

Mary J. Grieb
Attorney for plaintiff,
Christopher Hall
Shillar Preyar Law Offices
1100 West Cermak, Suite B401
Chicago, Illinois 60600
(312) 226-4590
Attorney No. 6303421
FEIN: 27-1584085
DATE: 3-27-13

Patricia J. Kendall
Assistant General Counsel
Attorney for Defendant Board
125 South Clark Street, Suite 700
Chicago, Illinois 60602
(773) 553-1688
Attorney No. 06195253
DATE: 4/4/13

BY: /s/ Kristin A. Lion

Kristin A. Lion
Assistant General Counsel
Attorney for Defendants Sorensen &
Diaz
125 South Clark Street, Suite 700
Chicago, Illinois 60602
(773) 553-1666
Attorney No. 6272617
DATE: 4/10/13